UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ELRICK DELMAR COOPER,

        Plaintiff,

                                        Case No. 1:24-cv-941

v.

                                        Hon. Hala Y. Jarbou

HEIDI WASHINGTON, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: October 22, 2024                /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE